UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spirit Clothing Company<br><br>Plaintiff,<br><br>v.<br><br>Active Sports Wear, Inc.<br>Assigned to: Judge Andre Birotte Jr<br><br>Defendants. | Case No. CV 18-07799-AB (AGRx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 18, 2018 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE